IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-00412-WJM-CBS

ORICA AUSTRALIA PTY LTD,

    Plaintiff,

v.

ASTON EVAPORATIVE SERVICES, LLC,

    Defendant and Third-Party Claimant,

v.

UE MANUFACTURING, LLC,

    Third-Party Defendant.

**ORDER APPROVING FURTHER STIPULATIONS
FOR CERTAIN DEPOSITIONS TO BE TAKEN IN AUSTRALIA
AND APPOINTING OFFICERS FOR SAME**

By their counsels' signatures, the parties stipulate and agree that the deposition of John Hendry will be taken before court reporters employed by Bradley Reporting, who are not disqualified for the reasons in Fed. R. Civ. P. 28(c) and who, upon the Court's approval of these stipulations, are appointed as officers to administer the oaths or affirmations and take evidence in accordance with these stipulations for such deposition.

The Court approves the above stipulations.

DATED at Denver, Colorado, this __2nd__ day of __December__, 2014.

BY THE COURT:

_____
United States Magistrate Judge

KCP-4541253-1

Stipulated and agreed to by:

s/*Jeffrey D. Whitney*
Christopher L. Ottele, #33801
Jeffrey D. Whitney, #35938
HUSCH BLACKWELL LLP
1700 Lincoln Street, Suite 4700
Denver, Colorado  80203
*Attorneys for Plaintiff*

*s/Benjamin M. Wegener*
Benjamin M. Wegener, #36952
YOUNGE & HOCKENSMITH, P.C.
743 Horizon Court, Suite 200
Grand Junction, Colorado 81560
*Attorneys for Defendant*

s/*Harry L. Scarborough*
Harry L. Scarborough #46272
SCARBOROUGH LAW FIRM PLLC
1444 Blake Street
Denver, CO 80220
*Attorneys for Third-Party Defendant*

*s/Sam D. Starritt*
Sam D. Starritt, #27876
DUFFORD, WALDECK, MILBURN & KROHN, L.L.P.
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Attorneys for Third-Party Defendant*

2