IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00412-WJM-CBS | Date: June 4, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

ORICA AUSTRALIA PTY LTD,                Jeffrey Whitney (by phone)
                                                           Christopher Ottele (by phone)

Plaintiff,

v.

ASTON EVAPORATIVE SERVICES, LLC,     Benjamin Wegener
                                                           Harry Scarborough
                                                           Sam Starritt (by phone)

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 08:57 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [80] to Amend Scheduling Order.* Oral argument in regards to the motion.

**ORDERED:**   *MOTION [80] to Amend Scheduling Order* is **GRANTED** as stated on the record**.** Mr. Hendry's telephone deposition must take place within the next three weeks. Defense counsel may defer cross examination if needed. Defense counsel is allowed the same amount of time for cross examination as was used for direct examination.

Within one week of today, Plaintiff's counsel is required to provide defense counsel with advanced copies of their proposed deposition exhibits. After defense counsel has received these exhibits, they shall exchange with Plaintiff's counsel their proposed deposition exhibits.

HEARING CONCLUDED.

**Court in recess: 09:34 a.m.**
Total time in court: 00:37

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.